IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* SUZANNE SCOTT and <br> SAVANNAH SOGAR, <br> <br> Plaintiff, <br> <br> v. <br> <br> PINE CREEK MEDICAL <br> CENTER, LLC, <br> <br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NUMBER: <br> 3:14-CV-3065-D <br> <br> **TO BE FILED UNDER SEAL** |

## NOTICE OF DISMISSAL

Suzanne Scott and Savannah Sogar, as the Relators in this civil action under the False Claims Act, 31 U.S.C. §§ 3729-3733, hereby give notice of voluntary dismissal, with prejudice, of this civil action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. This notice of dismissal is filed in accordance with the terms of a Settlement Agreement among the United States, Relators, and Pine Creek Medical Center. Under the terms of the Settlement Agreement:

(1) This civil action is to be dismissed with prejudice as to the Relators;

(2) with respect to the United States, this civil action is to be dismissed with prejudice as to the Covered Conduct (as defined in the Settlement Agreement) and otherwise without prejudice;

(3) The Court shall retain jurisdiction over this civil action in order to enforce the terms of the Settlement Agreement; and

(4) The seal shall be lifted with respect to Relators' Complaint, this Notice of Dismissal, the United States' Consent to Dismissal, the Order of Dismissal to be entered by the Court, and any subsequent filings in this case; and

(5) All other contents of the Court's file for this civil action shall remain under seal and shall not be made public.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and in accordance with the terms of the Settlement Agreement, the consent of the United States is required before this civil action may be dismissed.

- 3 -

        Respectfully submitted,

        */s/ James A. Fisher*

---

James A. Fisher, *Attorney-in-Charge*
   State Bar of Texas Number 07051650
   email:  jfisher@fisherwelch.com
Shannon L.K. Welch
   State Bar of Texas Number 90001699
   email:  swelch@fisherwelch.com
**FISHER & WELCH**
**(A Professional Corporation)**
2800 Ross Tower
500 North Akard Street
Dallas, Texas 75201
telephone:  214.661.9400
facsimile:  214.661.9404

**ATTORNEYS FOR RELATORS**
**SUZANNE SCOTT AND**
**SAVANNAH SOGAR**

## CERTIFICATE OF SERVICE

     I hereby certify that on November 27, 2017, I sent a true and correct copy of this document to the following persons in the manner indicated below and, in addition, this document is being filed electronically with the Clerk of the Court using the CM/ECF system and served upon counsel of record in compliance with Federal Rule of Civil Procedure 5 and Local Rule LR5.1:

CHAD A. READLER
ACTING ASSISTANT ATTORNEY GENERAL

JOHN R. PARKER
UNITED STATES ATTORNEY

LINDSEY BERAN
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242
*BY EMAIL TO linsdey.beran@usdoj.gov*

MICHAEL D. GRANSTON
TRACEY L. HILMER
MICHAEL E. SHAHEEN
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
*BY EMAIL TO michael.e.shaheen@usdoj.gov*

                                            */s/ James Austin Fisher*

                                            James Austin Fisher