**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SUZANNE SCOTT and SAVANNAH SOGAR, | |
| Plaintiffs, | Civil Action No. 3:14-CV-3065-D |
| v. | FILED IN SEALED CASE |
| PINE CREEK MEDICAL CENTER, LLC, | |
| Defendant. | |

### UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement entered into among the United States, Relators Suzanne Scott and Savannah Sogar, and Pine Creek Medical Center, with an Effective Date of November 16, 2017, the United States hereby consents to the dismissal of the case with prejudice as to the Covered Conduct (as defined by the Settlement Agreement), and otherwise without prejudice.

Respectfully submitted,

CHAD A. READLER
ACTING ASSISTANT
ATTORNEY GENERAL

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Lindsey Beran*
LINDSEY BERAN
Assistant United States Attorney
Texas Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8807
Email: lindsey.beran@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
MICHAEL E. SHAHEEN
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-0506
Facsimile: (202) 305-7797
Email: michael.e.shaheen@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, a copy of the foregoing pleading and proposed Order were mailed by first class mail to counsel for relators:

>James A. Fisher
>Shannon L.K. Welch
>Fisher & Welch
>2800 Ross Tower
>500 North Akard Street
>Dallas, Texas 75201

/s/ Lindsey Beran
LINDSEY BERAN
Assistant United States Attorney