IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SUZANNE SCOTT and SAVANNAH SOGAR, | |
| Plaintiffs, | Civil Action No. 3:14-CV-3065-D |
| v. | FILED IN SEALED CASE |
| PINE CREEK MEDICAL CENTER, LLC, | |
| Defendant. | |

## **ORDER**

Pursuant to 31 U.S.C. § 3730(b)(1), and in accordance with the terms of a Settlement Agreement entered into among the United States, Relators Suzanne Scott and Savannah Sogar, and Pine Creek Medical Center on or about November 16, 2017, Relators filed a Notice of Dismissal in this Action, and the United States has filed its written consent to such dismissal. Upon due consideration thereof,

**IT IS ORDERED** that this Action is hereby dismissed with prejudice as to the Relators; with respect to the United States, the Action is dismissed with prejudice as to the Covered Conduct (as defined in the parties' Settlement Agreement), and otherwise without prejudice;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this Action in order to enforce the terms of the parties' Settlement Agreement; and

**IT IS FURTHER ORDERED** that the seal shall be lifted upon Relators' Complaint, Relators' Notice of Dismissal and the United States' Consent thereto, this Order, and any

subsequent filings in this case.  All other contents of the Court's file in this action shall remain under seal and not be made public.

**IT IS SO ORDERED**

November 28, 2017.

                                                SIDNEY A. FITZWATER
                                                United States District Judge